**Order entered April 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01560-CV

**SCOTT PELLEY, P.C., ET AL., Appellants**

**V.**

**MIKE C. WYNNE, ET AL., Appellees**

**On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV 11-1026**

## ORDER

We **GRANT** appellants' April 22, 2016 unopposed motion for an extension of time to file a brief and extend the time to **TUESDAY, MAY 31, 2016**.

We **GRANT** appellees' April 22, 2016 unopposed motion for an extension of time to file their cross-appellants' brief and extend the time to **TUESDAY, MAY 31, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE